IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE D. WALLS, ) | |
| ) | Civil Action No. 11 - 1142 |
| Petitioner, ) | |
| ) | District Judge Nora Barry Fischer |
| v. ) | |
| ) | |
| TRAVIS WINGARD; Warden Allegheny ) | |
| County Jail; JAQUAN JACKSON; ) | |
| Case Analyst U.S. Parole Commission, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM ORDER**

On September 9, 2011, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On June 19, 2012, the Magistrate Judge filed a Report and Recommendation (ECF No. 30) recommending that Respondents' Motion to Dismiss for Mootness be granted. Petitioner was served with the Report and Recommendation at his listed address and was advised that he had until July 6, 2012 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 12th day of July, 2012:

**IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus as Moot (ECF No. 27) is **GRANTED.**

2

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 30) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Nora Barry Fischer
United States District Judge

cc: George D. Walls
PO Box 2513
Pittsburgh, PA 15230-2513